**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−21023−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darline Desamours
   130 Wedgewood Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−8403

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 19, 2017
JAN: cmf

Jeanne Naughton
Clerk

```
                                 United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                          Case No. 16-21023-JNP
Darline Desamours                                                               Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: May 19, 2017
                              Form ID: 148                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Darline Desamours,    130 Wedgewood Drive,    Egg Harbor Township, NJ 08234-5266
r              +Brett Neal,   Beacon Properties,    1301 West Ave A-1,    Ocean City, NJ 08226-3278
cr             +Specialized Loan Servicing LLC as servicing agent,    99 Wood Ave South #803,
                 Iselin, NJ 08830-2713
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516548741      +BSI Financial Services,    79 W. Market Street,    Bethlehem, PA 18018-5736
516220449      +Dept of Education / OSLA,    525 Central Park Suite 600,    Oklahoma City, OK 73105-1706
516548742      +Egg Harbor Twp. Tax Collector,    3515 Bargaintown Road,    Egg Harbor Township, NJ 08234-8317
516548743      +Jean Desamours,    130 Wedgewood Drive,    Egg Harbor Township, NJ 08234-5266
516220454      +Kivitz Mckeever Lee, PC,    701 Market Street,    Suite 500 - The Mellon Independence Ctr,
                 Philadelphia, PA 19106-1538
516353995      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516243114       OSLA/U.S. Dept. of Education,    Student Loan Servicing,    PO Box 18475,
                 Oklahoma City, OK  73154-0475
516220456       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516220457      +Paramount Capital Group,    300 Conshohocken State Ste. 240,    Conshohocken, PA 19428-3801
516220458      +State Of New Jersey,    PO Box 046,    Division Of Taxation,    Trenton, NJ 08601-0046
516220464      +The Bank of New York Mellon,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
516309014      +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516220442      +E-mail/Text: bk@avant.com May 19 2017 23:15:30      Avant Credit Corporation,
                 640 N. Lasalle Street,    Chicago, IL 60654-3731
516220444      +EDI: CAPITALONE.COM May 19 2017 22:48:00      Capital One,   PO Box 30285,
                 Salt Lake, UT 84130-0285
516220443      +EDI: CAPITALONE.COM May 19 2017 22:48:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
516291605       EDI: CAPITALONE.COM May 19 2017 22:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516392365       EDI: BL-BECKET.COM May 19 2017 22:58:00      Capital One NA,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516220445      +EDI: WFNNB.COM May 19 2017 22:58:00      Comenity Bank/Overstock.com,    PO Box 182789,
                 Columbus, OH 43218-2789
516220446      +EDI: WFNNB.COM May 19 2017 22:58:00      Comenity Bank/Venus,    PO Box 182789,
                 Columbus, OH 43218-2789
516220447      +EDI: WFNNB.COM May 19 2017 22:58:00      Comenity Bank/Wayfair card,    PO Box 182789,
                 Columbus, OH 43218-2789
516220448      +EDI: RCSFNBMARIN.COM May 19 2017 22:58:00      Credit One Bank,    PO BOX 98873,
                 Las Vegas, NV 89193-8873
516220450      +EDI: IRS.COM May 19 2017 22:58:00      Internal Revenue Service,    1601 Market Street,
                 Philadelphia, PA 19103-2309
516412264       EDI: JEFFERSONCAP.COM May 19 2017 22:59:00      Jefferson Capital Systems LLC,    PO Box 7999,
                 Saint Cloud MN 56302-9617
516220455       EDI: CBSKOHLS.COM May 19 2017 22:58:00      Kohls/Capital One,    Po Box 3115,
                 Milwaukee, WI 53201-3115
516387763       EDI: RESURGENT.COM May 19 2017 22:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516311656       EDI: Q3G.COM May 19 2017 22:59:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
516293043       EDI: Q3G.COM May 19 2017 22:59:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
516220459       EDI: RMSC.COM May 19 2017 22:48:00      Syncb/Amazon Plcc,    Po Box 965015,
                 Orlando, FL 32896-5015
516220460      +EDI: RMSC.COM May 19 2017 22:48:00      Syncb/Ashley Homestores,    Po Box 965036,
                 Orlando, FL 32896-5036
516220461      +EDI: RMSC.COM May 19 2017 22:48:00      Syncb/Nations,    PO Box 965036,   Orlando, FL 32896-5036
516220462      +EDI: RMSC.COM May 19 2017 22:48:00      Syncb/Sams Club Dual Card,    Po Box 965005,
                 Orlando, FL 32896-5005
516411468       EDI: RMSC.COM May 19 2017 22:48:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
516220463      +EDI: RMSC.COM May 19 2017 22:48:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
516326253       EDI: WFFC.COM May 19 2017 22:58:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines   IA    50306-0438
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: May 19, 2017
                              Form ID: 148             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516220465       +EDI: WFFC.COM May 19 2017 22:58:00      Wffnatbank,   800 Walnut St.,
                 Des Moines, IA 50309-3504
                                                                                                 TOTAL: 25
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Specialized Loan Servicing LLC, as servicing agent,   C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
516220452*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   PO Box 724,   Springfield, NJ 07081)
516220451*      Internal Revenue Service,   P.O. Box 744,   Special Procedure Branch,   Springfield, NJ 07081
516220453*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516583787*     +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                       TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the benefit of the certificate holders of the CWABS, Inc., Asset-Backed
               Certificates, Series 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of CWABS, Inc., Asset-Backed Certificates, Series 200 nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Seymour Wasserstrum    on behalf of Debtor Darline  Desamours mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
                                                                                                  TOTAL: 5
```